■ JOSEPH MAFFETTONE, Appellant, v. WILSON C. REYNOLDS et al., Respondents.— In an action to recover damages for personal injuries, the appeal is from so much of an order as denies appellant's motion for a preference under rule 151 of the Rules of Civil Practice. Order affirmed, without costs. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES FARNSWORTH, Appellant.— Appeal from an order of the County Court, Westchester County, denying appellant's application in the nature of a writ of error *coram nobis*. Order affirmed. (*People ex rel. Farnsworth* v. *Murphy*, 305 N. Y. 630.) Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AMOS WILLIAMS, Appellant.— Appeal from an order of the County Court, Kings County, denying appellant's motion for relief from the sentence of said court, which was a term of imprisonment of from 15 to 30 years, upon his conviction of manslaughter in the first degree, armed, on his plea of guilty. The motion was based on the claim that the sentence was excessive. Appeal dismissed. An order denying a motion for resentencing is not appealable. (*People* v. *Dietz*, 294 N. Y. 739; *People* v. *Varriale*, 278 App. Div. 1010; *People* v. *Mucciolo*, 269 App. Div. 782; *People* v. *Mellon*, 261 App. Div. 400; Code Crim. Pro., § 517.) Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ., concur.

■ THOMAS WHARTON, Appellant, v. WESTCHESTER RACING ASSOCIATION, Respondent.— In an action against the owner of a racetrack to recover damages for personal injuries sustained by the appellant, who, while in the grandstand attending the horse races, was attacked and beaten by another spectator, the appeal is from so much of a judgment in his favor as awards him only $655.64, and from the denial of his motion to set aside the verdict and for a new trial upon the ground that the verdict was insufficient. Judgment unanimously affirmed, with costs. No opinion. Appeal insofar as it is from the denial of appellant's motion to set aside the verdict dismissed, without costs. No order denying such a motion is printed in the record. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

## (October 8, 1956)

■ ARMANDO CARILLI, Respondent, v. BIANCO & PEPE, INC., et al., Appellants, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ. [See 1 A D 2d 898.]